# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the Matter of: | : | CHAPTER 7 |
| | : | |
| MATHIS CHATFIELD, | : | CASE NO. 14-50515 AEC |
| DONNA DALE CHATFIELD, | : | |
| | : | |
| Debtors | : | |

LIST PURSUANT TO RULE 3011 FRBP

Pursuant to Rule 3011, the following is a list of the known names and addresses of the entities and the amounts they are entitled to be paid from property of the estate paid into court pursuant to 11 U.S.C. § 347(a):

Georgia Department of Revenue
1800 Century Blvd., N.E.
Suite 9100
Atlanta, GA 30345
$422.46

This 25th day of October, 2016.

/s/ William M. Flatau__________
WILLIAM M. FLATAU
State Bar No. 262800

KATZ, FLATAU & BOYER, L.L.P.
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481
billflatau@hotmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In the Matter of: | : | CHAPTER 7 |
| | : | |
| MATHIS CHATFIELD, | : | CASE NO. 14-50515 AEC |
| DONNA DALE CHATFIELD, | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing List Pursuant to Rule 3011 FRBP upon Elizabeth A. Hardy, Esq., 440 MLK, Jr. Blvd., Suite 302, Macon, Georgia 31201 by electronic service.

This 25th day of October, 2016.

/s/ William M. Flatau_______
WILLIAM M. FLATAU